LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP - 1 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00041 |
| | ) | |
| Plaintiff, | ) | **INFORMATION** |
| | ) | |
| vs. | ) | **IMPROPER ENTRY BY ALIEN** |
| | ) | [8 U.S.C. § 1325 (a)(1) & (2)] |
| | ) | (Misdemeanor) |
| MING CHEN, | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES:

On or about August 24, 2005, in the District of Guam, the defendant herein, MING CHEN, an alien, did unlawfully and knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers, and did elude examination and

//
//
//
//
//

inspection by immigration officers, all in violation of Title 8, United States Code, §§ 1325(a)(1) & (2).

RESPECTFULLY SUBMITTED this 1st day of September, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *(signature)*
KARON V. JOHNSON
Assistant U.S. Attorney

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **MG05-00041**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

## Defendant Information:

Juvenile: Yes ____ No _X_   Matter to be sealed: ____ Yes _X_ No

Defendant Name _____MING CHEN_____

Alias Name _____

Address _____

_____

Birthdate _1978_ SS# ____ Sex _M_ Race _A_ Nationality _Chinese_

## U.S. Attorney Information:

AUSA _____Karon V. Johnson_____

**Interpreter:** ____ No _X_ Yes   List language and/or dialect: _Mandarin_

## Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

## U.S.C. Citations

Total # of Counts: __1__   ____ Petty _X_ Misdemeanor ____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 _8 USC § 1325(a)(1)&(2)_ | Improper Entry by Alien | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __9/1/05__   Signature of AUSA: _Karon V. Johnson_

**RECEIVED**
SEP -2 2005
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**