mingchenwar

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP 02 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00041 |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| MING CHEN, ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED that a Warrant for Arrest the above-named defendant be issued and that the defendant be arrested based on the United States' Application for a Warrant of Arrest.

DATED this 2 day of September, 2005.

So ot

S. James Otero

S. JAMES OTERO
District Judge