# UNITED STATES DISTRICT COURT

U.S. MARSHALS-GUAM
RECEIVED

District of _____ **GUAM**

-2 SEP 2005 14 00 01

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | Case Number: **MG-05-00041** |
| **MING CHEN** | |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to _____ **MING CHEN**

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   **X** Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

**FILED**

DISTRICT COURT OF GUAM

SEP - 7 2005

**MARY L.M. MORAN
CLERK OF COURT**

charging him or her with   (brief description of offense)

**IMPROPER ENTRY BY ALIEN**

in violation of Title ____**8**____ United States Code, Section(s) ____**1325(a)(1) & (2)**____

**LEILANI R. TOVES HERNANDEZ**
Name of Issuing Officer

Signature of Issuing Officer

**DEPUTY CLERK, DISTRICT COURT OF GUAM**
Title of Issuing Officer

**SEPTEMBER 2, 2005; HAGATNA, GUAM**
Date and Location

---

| RETURN |
|---|

This warrant was received and executed with the arrest of the above-named defendant at

SIRENA PLAZA, AGANA, GUAM

| DATE RECEIVED 9-7-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9-7-05 | NICHOLAS E. HOWEY, SA | |

ORIGINAL