FILED
DISTRICT COURT OF GUAM
SEP - 8 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00041 |
| Plaintiff, | |
| vs. | O R D E R |
| **MING CHEN,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **WILLIAM GAVRAS** is appointed to represent defendant in the above-entitled case *nunc pro tunc* to September 7, 2005.

Dated this 8th day of September, 2005.

_____
S. JAMES OTERO, Designated Judge
U.S. DISTRICT COURT OF GUAM

ORIGINAL