# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,  <br><br>                    Plaintiff,  <br><br>         vs.  <br><br> Ming Chen,  <br><br>                    Defendant. | Case No. 1:05-mj-00041  <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order of Detention, filed September 8, 2005* on the dates indicated below:

*U.S. Attorney's Office*   *William Gavras*    *U.S. Probation Office*   *U.S. Marshal Service*
*September 9, 2005*        *September 9, 2005*  *September 9, 2005*      *September 9, 2005*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*Order of Detention, filed September 8, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 12, 2005                          /s/ Virginia T. Kilgore
                                                           Deputy Clerk