William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
MING CHEN

FILED
DISTRICT COURT OF GUAM
OCT 14 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MING CHEN,<br><br>Defendant.<br>_____/ | Magistrate<br>Re~~CRIMINAL~~ CASE NO. MC 05-00041<br><br>MOTION WITH INTENT TO<br>ENTER GUILTY PLEA |

COMES NOW Defendant, by and through counsel, and hereby moves the Court to set a motion hearing to allow Defendant to enter into a guilty plea. A Plea Agreement has and will not be entered into in this matter.

WHEREFORE Defendant requests that this Honorable Court grant his request to enter a guilty plea and set a hearing for such entry.

Respectfully Submitted,

LAW OFFICES OF GORMAN & GAVRAS

Dated: October 14, 2005.    By: _____
                                  WILLIAM L. GAVRAS, ESQ.
                                  Attorneys for Defendant
                                  MING CHEN

ORIGINAL

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon the Office of the United States Attorney, a true and correct copy of this document on or before October 17, 2005.

LAW OFFICES OF GORMAN & GAVRAS

Dated: October 14, 2005.    By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
MING CHEN