IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MAGISTRATE CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
OCT 20 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. MG-05-00041      DATE: October 20, 2005

***

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**
Court Recorder: Wanda M. Miles
**Hearing Electronically Recorded:** 12:03:54 - 12:19:25

Law Clerk: Judith Hattori
Courtroom Deputy: Leilani Toves Hernandez
CSO: J. McDonald

*************************A P P E A R A N C E S*************************

**DEFT:** MING CHEN
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.

**ATTY :** WILLIAM GAVRAS
( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON

AGENT: MIKE HERNANDEZ, B.I.C.E.

U.S. PROBATION: JUDY OCAMPO

U.S. MARSHAL: G. PEREZ

INTERPRETER: FOO MEE CHUN CLINARD

LANGUAGE: MANDARIN

***

**PROCEEDINGS:**     **CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED:    AGE: 28    SCHOOL COMPLETED: MIDDLE SCHOOL
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANTS REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: IMPROPER ENTRY BY AN ALIEN
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: NO WRITTEN PLEA AGREEMENT    PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: FEBRUARY 7, 2006 at 9:30 A.M.
( X ) PRESENTENCE REPORT ORDERED AND DUE TO PARTIES: 12/13/2005    DUE TO THE COURT: 01/20/2006

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant entered a straight up guilty plea, no written plea agreement was filed.

Courtroom Deputy: